**\*\* E-filed June 24, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONDRA SATERFIELD, | No. C11-00585 HRL |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| UNITED STATES OF AMERICA, | [Re: Docket No. 21] |
| Defendant. | |
| _____/ | |

Having considered Plaintiff's counsel's request to appear by telephone at the case management conference set for June 28, 2011 at 1:30 p.m., and good cause appearing, the Court grants the request. Plaintiff's counsel shall initiate the call to the court via CourtCall at (866) 582-6878 just prior to the time appointed for the conference.

**IT IS SO ORDERED.**

Dated: June 24, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-00585 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Blake D. Stamm | blake.d.stamm2@usdoj.gov |
| Cynthia Lewis Stier | cynthia.stier@usdoj.gov |
| Paul Ham | paul.ham@hamfirm.com, attorneyham@gmail.com |
| Thomas Moore | tom.moore@usdoj.gov |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**