PAUL HAM, Bar No. 227395
HAM LAW FIRM
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone:    (415) 713-5690
Facsimile:     (866) 374-9773
E-Mail:        paul.ham@hamfirm.com          ** E-filed December 20, 2011 **

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONDRA SATERFIELD, | Case No. CV11-00585 HRL |
| Plaintiff, | JOINT STIPULATION TO EXTEND MEDIATION COMPLETION DATE AND PROPOSED ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

    The parties in the above-entitled action jointly request the extension of the completion of mediation until March 9, 2012.  In support thereof, the parties state as follows:

    1.   The parties held a telephone conference with Mr. Peter Sherwood, the assigned mediator, on or about August 26, 2011.  The parties both expressed an expectation that a settlement will be reached to obviate the need for formal mediation.

    2.   Government's counsel originally assigned to the case is no longer representing the government for medical reasons.  The government's new counsel and counsel for Plaintiff have spoken on several occasions and are still hopeful and expectant of settlement.  Therefore, the parties jointly request an extension of the mediation completion date.

    3.   No other modification to the June 29, 2011 Case Management Scheduling Order will be impacted because of this extension.

JOINT STIPULATION and ORDER
 (Case No. CV11-00585 HRL)                              -1-

WHERFORE, the parties request that the completion date of mediation be extended to March, 9, 2011.

Dated this 19th day of December, 2011.

                                    __/s/ - Paul Ham_____
                                    PAUL HAM, Bar No. 227395
                                    HAM LAW FIRM
                                    50 California Street, Suite 1500
                                    San Francisco, CA 94111

                                    Attorney for Plaintiff

Dated this 19th day of December, 2011.

                                  __/s/ - Tom Newman_____
                                    TOM NEWMAN
                                    TAX DIVISION
                                    UNITED STATES ATTORNEY'S OFFICE
                                    450 Golden Gate Avenue, 11th Floor
                                    San Francisco, CA 94102-3495

                                    Attorney for the United States

ORDER

Having considered the Joint Stipulation, and good cause being shown, the completion date of mediation shall be extended until March 9, 2012. All other provisions of the Court's June 26, 2011 Case Management Scheduling Order shall remain in effect.

Dated: __December 20, 2011_____

_____
MAGISTRATE JUDGE
HOWARD R. LLOYD